**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| | : | Crim. No. 20-724 (BRM) |
| v. | : | |
| | : | 21 U.S.C. § 846 |
| WALEED DOZIER, | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| KEEVIN AUSTON, and | : | 18 U.S.C. § 922(g)(1) |
| DOMINIQUE AUSTON | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | 21 U.S.C. § 856 |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From at least in or around September 2019 through in or around December 2019, in the District of New Jersey and elsewhere, the defendants,

**WALEED DOZIER,**
**KEEVIN AUSTON, and**
**DOMINIQUE AUSTON,**

did knowingly and intentionally conspire and agree with each other and with others to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

(Possession with Intent to Distribute Controlled Substances)

On or about December 19, 2019, in the District of New Jersey and elsewhere, the defendant,

**WALEED DOZIER,**

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**COUNT THREE**
(Possession of Firearms and Ammunition by a Convicted Felon)

On or about December 19, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**WALEED DOZIER**,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce three firearms and ammunition, namely (1) a Smith & Wesson M&P 9 MM handgun, bearing serial number HRX5456; (2) a Rossi Taurus .357 Magnum handgun, bearing serial number DW298513, loaded with six (6) rounds of ammunition; (3) a Lady Smith, Smith & Wesson .357 Magnum handgun, bearing serial number DBJ8858, loaded with five (5) rounds of ammunition; and (4) an additional forty-five (45) .357 caliber rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
(Possession of Firearms in Furtherance of a
Drug Trafficking Crime)

On or about December 19, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**WALEED DOZIER,**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, the possession with intent to distribute fentanyl charged in Count Two of this Indictment, did knowingly possess the following firearms and ammunition, namely:

(1) one Smith & Wesson M&P 9 MM handgun, bearing serial number HRX5456;

(2) one Rossi Taurus .357 Magnum handgun, bearing serial number DW298513, loaded with six (6) rounds of ammunition; and

(3) one Lady Smith, Smith & Wesson .357 Magnum handgun, bearing serial number DBJ8858, loaded with five (5) rounds of ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
(Maintaining a Drug-Involved Premises)

From at least in or around September 2019 through in or around December 2019, in the District of New Jersey and elsewhere, the defendant,

**WALEED DOZIER**,

did manage and control a place, permanently and temporarily, as an owner, lessee, agent, employee, occupant, and mortgagee, and did knowingly and intentionally rent, lease, profit from, and make available for use, with and without compensation, the place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance.

In violation of Title 21, United States Code, Section 856.

## FORFEITURE ALLEGATION AS TO COUNTS ONE, TWO, AND FIVE

1. Upon conviction of the controlled substance offenses alleged in Counts One, Two, and Five of this Indictment, the defendants charged in each respective count, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense charged in each such count, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in each such count.

## FORFEITURE ALLEGATION AS TO COUNTS THREE AND FOUR

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A)(i), set forth in Counts Three and Four, of this Indictment, the defendant charged in each respective count,

**WALEED DOZIER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in each such count, including, but not limited to:

(1) One Smith & Wesson M&P 9 MM handgun, bearing serial number HRX5456;

(2) One Rossi Taurus .357 Magnum handgun, bearing serial number DW298513, loaded with six (6) rounds of ammunition;

(3) One Lady Smith, Smith & Wesson .357 Magnum handgun, bearing serial number DBJ8858, loaded with five (5) rounds of ammunition; and

6

(4) An additional forty-five (45) .357 caliber rounds of ammunition.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to All Forfeiture Allegations)

1. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
CRAIG CARPENITO
United States Attorney

7

CASE NUMBER: 20-724-BRM

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

WALEED DOZIER,
KEEVIN AUSTON,
and
DOMINIQUE AUSTON

INDICTMENT FOR
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
21 U.S.C. § 856

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

EMMA SPIRO
*ASSISTANT U.S. ATTORNEY*
973-645-2746