# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

DOMINIQUE AUSTON
*Defendant*

MAGISTRATE JUDGE: JAMES B. CLARK, III

CASE NO.: 20-cr-724-BRM

DATE OF PROCEEDINGS: 9/2/2020

DATE OF ARREST: 9/2/2020

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER:

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.   DATE:
- [ ] DETENTION/BAIL HRG.   DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY   DATE:
- [ ] SENTENCING   DATE:
- [ ] OTHER:   DATE:

**APPEARANCES:**

AUSA: Emma Spiro

DEFT. COUNSEL: Stacy Biancamano, CJA

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 3:13 p.m.
TIME TERMINATED: 3:19 p.m.
CD NO: Zoom

Stephen Bond
Stephen Bond, Deputy Clerk