UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.: 20-CR-00724 (BRM) |
| vs. : | |
| : | **ORDER FOR MODIFICATION** |
| : | **OF RELEASE CONDITIONS** |
| DOMINIQUE AUSTON : | |

**THIS MATTER** having come before the Court on the joint application of defendants Dominique Auston (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of their conditions of pretrial release; and the United States (by Emma Spiro, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services (by Erika DiPalma, U.S. Pretrial Services Office) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this 21ST day of November, 2022:

1. **ORDERED** that defendant, Dominique Auston's pretrial release conditions be, and hereby are, modified so as to allow her to travel to a family member's address previously approved by Pretrial Services to attend Thanksgiving Dinner from 3:00 pm to 11:00 pm on Thursday, November 24, 2022.

2. **ORDERED** that all other conditions previously imposed shall remain in effect.

_____
Hon. Brian R. Martinotti, U.S.D.J