UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> vs. : <br> : <br> : <br> DOMINIQUE AUSTON : | Crim. No.: 2:20-cr-00724-BRM <br><br> **ORDER PERMITTING TEMPORARY TRAVEL** |

**THIS MATTER** having come before the Court on the application of defendant Dominique Auston (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Emma Spiro, Assistant United States Attorney) having no objection to the entry of the Order; and United States Pretrial (by Todd Jones, U.S. Pretrial Officer) having no objection to the entry of the Order; and for good cause shown.

IT IS on this 21st day of November 2023, **HEREBY ORDERED:**

1. **ORDERED** that defendant, Dominique Auston's pretrial release conditions be and hereby are modified to allow her to travel to her family members home at 164 A Court St Newark NJ for Thanksgiving until midnight (including travel time) of November 23, notwithstanding curfew.

2. **ORDERED** that all other conditions previously imposed shall remain in effect.

_____
Hon. Brian Martinotti, U.S.D.J.