# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | 2:20 Cr- No: 21-15014 |
| vs. | |
| | **ORDER PERMITTING TEMPORARY TRAVEL** |
| DOMINIQUE AUSTON | |

**THIS MATTER** having come before the Court on the application of defendant Dominique Auston (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Chana Zuckier, Assistant United States Attorney) having no objection to the entry of the Order; and United States Pretrial (by Todd Jones, U.S. Pretrial Officer) having no objection to the entry of the Order; and for good cause shown.

IT IS on this 11th day of January 2024, **HEREBY ORDERED:**

1. **ORDERED** that defendant, Dominique Auston's pretrial release conditions be and hereby are modified to allow her to attend her aunt's 40th Birthday party at 1085 Galloping Hill Rd, Union NJ on January 17th from 7 pm to 2 am.

2. **ORDERED** that all other conditions previously imposed shall remain in effect.

Honorable Brian Martinotti, USDJ